IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ANTHONY TUCKER, | ) | CV 09-00376 SOM-KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BENJAMIN PEREZ, in his individual capacity as Honolulu Police Officer; JANE AND JOHN DOES 1-100; DOE AGENCIES 1-10; DOE CORPORATIONS 1-10; DOE ASSOCIATIONS 1-10; AND DOE BUSINESS ENTITIES 1-10, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on March 28, 2011, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, April 15, 2011.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

Anthony Tucker v. Benjamin Perez; Civil No. 09-00376 SOM-KSC; Order Adopting Magistrate Judge's Findings and Recommendation